| Hours | | Rate | OT Rate | Reg | OT | DT | Xmpt | Earnings  Adp-j (dd) | Taxable | Non Tax | 1 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 11/15/09 | Regular | 9.25 | | 16.00 | | | | Hours/Sal Pd | 339.94 | | 450.94 |
| 11/22/09 | Regular | 9.25 | | 20.75 | | | | Total | 339.94 | 0.00 | 450.94 |
| | Total | | | 36.75 | 0.00 | 0.00 | 0.00 | | | | |

| Taxes | | |
|---|---|---|
| Type | Taxes | YTD |
| FICA | 21.08 | 27.96 |
| Medicare | 4.93 | 6.54 |
| Total | 26.01 | 34.50 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $339.94 | $450.94 |
| Federal Taxable: | $339.94 | $450.94 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 12/02/09 | 11/09/09 thru 11/22/09 | $313.93 | $339.94 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 1 | Married | 12167 |

FOLD ▶|

FOLD ▶|

**SERECA SECURITY CORPORATION**

| Hours Wk End | Type | Rate | OT Rate | Reg | OT | DT | Xmpt |
|---|---|---|---|---|---|---|---|
| 11/29/09 | Holiday | 13.88 | | 7.75 | | | |
| 11/29/09 | Regular | 9.25 | | 30.00 | | | |
| 12/06/09 | Regular | 9.25 | | 35.50 | | | |
| | Total | | | 73.25 | 0.00 | 0.00 | 0.00 |

**Earnings   Adp-j (dd)**                                    1

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Hours/Sal Pd | 713.41 | | 1,164.35 |
| Total | 713.41 | 0.00 | 1,164.35 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| FICA | 44.23 | 72.19 |
| Medicare | 10.34 | 16.88 |
| Total | 54.57 | 89.07 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $713.41 | $1,164.35 |
| Federal Taxable: | $713.41 | $1,164.35 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 12/16/09 | 11/23/09 thru 12/06/09 | $658.84 | $713.41 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 1 | Married | 91028 |

**SERECA SECURITY CORPORATION**

| Hours | | | OT | | | | | Earnings Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | QT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 12/13/09 | Regular | 9.25 | | 37.00 | | | | Hours/Sal Pd | 757.34 | | 1,921.69 |
| 12/20/09 | Regular | 9.25 | 13.875 | 40.00 | 3.25 | | | Total | 757.34 | 0.00 | 1,921.69 |
| | | Total | | 77.00 | 3.25 | 0.00 | 0.00 | | | | |

| Taxes | | |
|---|---|---|
| Type | Taxes | YTD |
| Federal W/H | 1.12 | 1.12 |
| FICA | 46.96 | 119.15 |
| Medicare | 10.98 | 27.86 |
| Total | 59.06 | 148.13 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $757.34 | $1,921.69 |
| Federal Taxable: | $757.34 | $1,921.69 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 12/30/09 | 12/07/09 thru 12/20/09 | $698.28 | $757.34 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 1 | Married | 91064 |

**SERECA CORP.**

| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | | YTD |
| 12/27/09 | Holiday | 13.88 | | 4.00 | | | | Hours/Sal Pd | 756.20 | | | 756.20 |
| 12/27/09 | Regular | 9.25 | | 34.00 | | | | Total | 756.20 | 0.00 | | 756.20 |
| 01/03/10 | Holiday | 13.88 | | 7.50 | | | | | | | | |
| 01/03/10 | Regular | 9.25 | | 30.50 | | | | | | | | |
| | Total | | | 76.00 | 0.00 | 0.00 | 0.00 | | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 1.00 | 1.00 |
| FICA | 46.88 | 46.88 |
| Medicare | 10.96 | 10.96 |
| Total | 58.84 | 58.84 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $756.20 | $756.20 |
| Federal Taxable: | $756.20 | $756.20 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 01/13/10 | 12/21/09 thru 01/03/10 | $697.36 | $756.20 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 1 | Married | 1028 |

**SERECA CORP.**

| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | | Taxable | Non Tax | YTD |
| 01/10/10 | Regular | 9.25 | | 39.00 | | | | Hours/Sal Pd | | 712.26 | | 1,468.46 |
| 01/17/10 | Regular | 9.25 | | 38.00 | | | | Total | | 712.26 | 0.00 | 1,468.46 |
| | Total | | | 77.00 | 0.00 | 0.00 | 0.00 | | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | | 1.00 |
| FICA | 44.16 | 91.04 |
| Medicare | 10.33 | 21.29 |
| Total | 54.49 | 113.33 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $712.26 | $1,468.46 |
| Federal Taxable: | $712.26 | $1,468.46 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 01/27/10 | 01/04/10 thru 01/17/10 | $657.77 | $712.26 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 1 | Married | 1064 |

| Hours | | | OT | | | | | Earnings   Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 01/24/10 | Regular | 9.25 | | 37.00 | | | | Hours/Sal Pd | 629.01 | · | 2,097.47 |
| 01/31/10 | Regular | 9.25 | | 31.00 | | | | Total | 629.01 | 0.00 | 2,097.47 |
| | | Total | | 68.00 | 0.00 | 0.00 | 0.00 | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 2.32 | 3.32 |
| FICA | 39.00 | 130.04 |
| Medicare | 9.12 | 30.41 |
| Total | 50.44 | 163.77 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $629.01 | $2,097.47 |
| Federal Taxable: | $629.01 | $2,097.47 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 02/10/10 | 01/18/10 thru 01/31/10 | $578.57 | $629.01 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ██████████ | 0 | Married | 1103 |



| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | | Taxable | Non Tax | YTD |
| 02/21/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | Hours/Sal Pd | | 881.50 | | 3,718.97 |
| 02/28/10 | Regular | 8.60 | 12.900 | 40.00 | 7.00 | | | Total | | 881.50 | 0.00 | 3,718.97 |
| | Total | | | 80.00 | 15.00 | 0.00 | 0.00 | | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 27.57 | 44.31 |
| FICA | 54.65 | 230.57 |
| Medicare | 12.78 | 53.92 |
| Total | 95.00 | 328.80 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $881.50 | $3,718.97 |
| Federal Taxable: | $881.50 | $3,718.97 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 03/10/10 | 02/15/10 thru 02/28/10 | $786.50 | $881.50 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ▮▮▮▮▮ | 0 | Married | 1173 |

FOLD ▶

FOLD ▶

| Hours | | | OT | | | | | Earnings   Adp-j (dd) | | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wk End** | **Type** | **Rate** | **Rate** | **Reg** | **OT** | **DT** | **Xmpt** | **Type** | **Taxable** | **Non Tax** | | **YTD** |
| 11/08/09 | Regular | 9.25 | | 12.00 | | | | Hours/Sal Pd | 111.00 | | | 111.00 |
| | | Total | | 12.00 | 0.00 | 0.00 | 0.00 | Total | 111.00 | 0.00 | | 111.00 |

| Taxes | | |
|---|---|---|
| **Type** | **Taxes** | **YTD** |
| FICA | 6.88 | 6.88 |
| Medicare | 1.61 | 1.61 |
| Total | 8.49 | 8.49 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $111.00 | $111.00 |
| Federal Taxable: | $111.00 | $111.00 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 11/18/09 | 10/26/09 thru 11/08/09 | $102.51 | $111.00 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 1 | Married | 8698 |

FOLD ▼

FOLD ▼

| Hours | | | OT | | | OT | | Earnings Adj-) (&&) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hr End | Type | Rate | Rate | Reg | OT | OT | Rept | Type | Taxable | Non Tax | YTD |
| 06/13/10 | Regular | 7.94 | 11.910 | 40.00 | 20.00 | | | Hours/Sal Pd | 1,139.35 | | 12,182.01 |
| 06/13/10 | Training | 9.25 | | | | | 2.00 | Discrepancy | | | 120.37 |
| 06/20/10 | Regular | 7.94 | 11.910 | 40.00 | 20.00 | | | Total | 1,139.35 | 0.00 | 12,302.38 |
| 06/20/10 | Training | 9.25 | | | | | 1.00 | | | | |
| | Total | | | 80.00 | 40.00 | 0.00 | 3.00 | | | | |

**Taxes**

| Type | | Taxes | YTD |
|---|---|---|---|
| Federal W/H | | 63.31 | 456.20 |
| FICA | | 70.64 | 762.75 |
| Medicare | | 16.52 | 178.39 |
| Total | | 150.47 | 1,397.34 |

**Deductions**

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|
| | | | Uniform | | | 40.00 |
| Fica Taxable: | $1,139.35 | $12,302.38 | Equipment Damag | 60.00 | | 40.00 |
| Federal Taxable: | $1,139.35 | $12,302.38 | Total | 60.00 | 0.00 | 100.00 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 06/30/10 | 06/07/10 thru 06/20/10 | $920.88 | $1,139.35 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 2555 | Juan G Velez | ▮▮▮▮▮ | 0 | Married | 1538 |



| Wk End | Type | Total | OT Rate | Reg | OR | DT | Dept |
|---|---|---|---|---|---|---|---|
| 07/25/10 | Regular | 7.94 | 11.910 | 40.00 | 20.00 | | |
| 07/25/10 | Training | 9.25 | | | | | 3.50 |
| 08/01/10 | Regular | 7.94 | 11.910 | 40.00 | 20.00 | | |
| 08/01/10 | Training | 9.25 | | | | 19.00 | |
| | Total | | | 80.00 | 40.00 | 0.00 22.50 | |

Earnings  Adp-j (dd)

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Hours/Sal Pd | 1,319.74 | | 16,040.49 |
| Discrepancy | | | 120.37 |
| Total | 1,319.74 | 0.00 | 16,160.86 |

adjd Rate = 9.25
OT = 9 13.875

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 90.37 | 712.19 |
| FICA | 81.82 | 1,001.97 |
| Medicare | 19.14 | 234.34 |
| Total | 191.33 | 1,948.50 |

**Deductions**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Uniform | | | 40.00 |
| Equipment Damag | | | 60.00 |
| Total | 0.00 | 0.00 | 100.00 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $1,319.74 | $16,160.86 |
| Federal Taxable: | $1,319.74 | $16,160.86 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 08/11/10 | 07/19/10 thru 08/01/10 | $1,128.41 | $1,319.74 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | | 0 | Married | 1659 |

REORDER FROM LEADING EDGE PRINTING 800-765-8868

| Hours | | | OT | | | | | Earnings Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 02/07/10 | Regular | 9.25 | | 39.00 | | | | Hours/Sal Pd | 740.00 | | 2,837.47 |
| 02/14/10 | Regular | 9.25 | | 40.00 | | | | Total | 740.00 | 0.00 | 2,837.47 |
| 02/14/10 | Training | 9.25 | | | | | 1.00 | | | | |
| | | Total | | 79.00 | 0.00 | 0.00 | 1.00 | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 13.42 | 16.74 |
| FICA | 45.88 | 175.92 |
| Medicare | 10.73 | 41.14 |
| Total | 70.03 | 233.80 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $740.00 | $2,837.47 |
| Federal Taxable: | $740.00 | $2,837.47 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 02/24/10 | 02/01/10 thru 02/14/10 | $669.97 | $740.00 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 0 | Married | 1140 |

FOLD ▼

FOLD ▼

| Hours | | | OT | | | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | | Type | | Taxable | Non Tax | YTD |
| 03/07/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | | Hours/Sal Pd | | 931.40 | | 4,650.37 |
| 03/14/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | | | Total | 931.40 | 0.00 | 4,650.37 |
| 03/14/10 | Training | 9.25 | | | | | 4.00 | | | | | | |
| | Total | | | 80.00 | 16.00 | 0.00 | 4.00 | | | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 32.56 | 76.87 |
| FICA | 57.75 | 288.32 |
| Medicare | 13.51 | 67.43 |
| Total | 103.82 | 432.62 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $931.40 | $4,650.37 |
| Federal Taxable: | $931.40 | $4,650.37 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 03/24/10 | 03/01/10 thru 03/14/10 | $827.58 | $931.40 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 0 | Married | 1208 |

| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | | YTD |
| 03/21/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | Hours/Sal Pd | 903.65 | | | 5,554.02 |
| 03/28/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | Total | 903.65 | 0.00 | | 5,554.02 |
| 03/28/10 | Training | 9.25 | | | | | 1.00 | | | | | |
| | Total | | | 80.00 | 16.00 | 0.00 | 1.00 | | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 29.79 | 106.66 |
| FICA | 56.03 | 344.35 |
| Medicare | 13.10 | 80.53 |
| Total | 98.92 | 531.54 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $903.65 | $5,554.02 |
| Federal Taxable: | $903.65 | $5,554.02 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 04/07/10 | 03/15/10 thru 03/28/10 | $804.73 | $903.65 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ▮▮▮▮▮ | 0 | Married | 1247 |

| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|--------|------|------|------|-------|------|------|------|------|---------|---------|----------|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 04/04/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | Hours/Sal Pd | 922.16 | | 6,476.18 |
| 04/04/10 | Training | 9.25 | | | | | 0.50 | Total | 922.16 | 0.00 | 6,476.18 |
| 04/11/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | | | | |
| 04/11/10 | Training | 9.25 | | | | | 2.50 | | | | |
| | Total | | | 80.00 | 16.00 | 0.00 | 3.00 | | | | |

**Taxes**

| Type | Taxes | YTD |
|------|-------|-----|
| Federal W/H | 31.64 | 138.30 |
| FICA | 57.17 | 401.52 |
| Medicare | 13.37 | 93.90 |
| Total | 102.18 | 633.72 |

| | Current | YTD |
|--|---------|-----|
| Fica Taxable: | $922.16 | $6,476.18 |
| Federal Taxable: | $922.16 | $6,476.18 |

| Check Date | Pay Period | Net Pay | Gross |
|------------|------------|---------|-------|
| 04/21/10 | 03/29/10 thru 04/11/10 | $819.98 | $922.16 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|-------|---------------|--------------|-------------|--------|---------|
| 3555 | Juan G Velez | | 0 | Married | 1287 |

| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | | Taxable | Non Tax | YTD |
| 05/02/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | Hours/Sal Pd | | 1,167.57 | | 8,731.94 |
| 05/02/10 | Training | 9.25 | | | | | 15.50 | Total | | 1,167.57 | 0.00 | 8,731.94 |
| 05/09/10 | Regular | 8.60 | | 35.25 | | | | | | | | |
| 05/09/10 | Training | 8.60 | | | | | 12.75 | | | | | |
| 05/09/10 | Training | 9.25 | | | | | 17.75 | | | | | |
| | Total | | | 75.25 | 8.00 | 0.00 | 46.00 | | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 67.54 | 261.47 |
| FICA | 72.39 | 541.38 |
| Medicare | 16.93 | 126.61 |
| Total | 156.86 | 929.46 |

FOLD ▼

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $1,167.57 | $8,731.94 |
| Federal Taxable: | $1,167.57 | $8,731.94 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 05/19/10 | 04/26/10 thru 05/09/10 | $1,010.71 | $1,167.57 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ██████ | 0 | Married | 1407 |

FOLD ▼

| Hours | | | | | | | | Earnings    Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | OT Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| | | | | | | | | Hours/Sal Pd | | | 9,781.28 |
| | | | | | | | | Discrepancy | 88.11 | | 88.11 |
| | | | | | | | | Total | 88.11 | 0.00 | 9,869.39 |

### Taxes

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | | 311.28 |
| FICA | 5.46 | 611.90 |
| Medicare | 1.28 | 143.11 |
| Total | 6.74 | 1,066.29 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $88.11 | $9,869.39 |
| Federal Taxable: | $88.11 | $9,869.39 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 05/19/10 | 04/26/10 thru 05/09/10 | $81.37 | $88.11 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ▮▮▮▮▮ | 0 | Married | 1453 |

| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | | Taxable | Non Tax | YTD |
| 05/16/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | Hours/Sal Pd | | 1,049.34 | | 9,781.28 |
| 05/16/10 | Training | 9.25 | | | | | 9.00 | Total | | 1,049.34 | 0.00 | 9,781.28 |
| 05/23/10 | Regular | 8.60 | 12.900 | 40.00 | 8.00 | | | | | | | |
| 05/23/10 | Training | 9.25 | | | | | 7.75 | | | | | |
| | Total | | | 80.00 | 16.00 | 0.00 | 16.75 | | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 49.81 | 311.28 |
| FICA | 65.06 | 606.44 |
| Medicare | 15.22 | 141.83 |
| Total | 130.09 | 1,059.55 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $1,049.34 | $9,781.28 |
| Federal Taxable: | $1,049.34 | $9,781.28 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 06/02/10 | 05/10/10 thru 05/23/10 | $919.25 | $1,049.34 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 0 | Married | 1444 |

FOLD ▼

FOLD ▼

| Hours | | | OT | | | | | Earnings | Adp-j (dd) | | | 1 |
|-------|------|------|------|------|------|------|------|------|------|------|------|------|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | | YTD |
| 05/30/10 | Regular | 8.60 | | 40.00 | | | | Hours/Sal Pd | 1,261.38 | | | 11,042.66 |
| 05/30/10 | Training | 8.60 | | | | | 8.00 | Discrepancy | | | | 88.11 |
| 05/30/10 | Training | 9.25 | | | | | 23.75 | Total | 1,261.38 | 0.00 | | 11,130.77 |
| 06/06/10 | Holiday | 11.91 | | 12.00 | | | | | | | | |
| 06/06/10 | Regular | 7.94 | 11.910 | 28.00 | 20.00 | | | | | | | |
| 06/06/10 | Training | 9.25 | | | | | 2.75 | | | | | |
| | Total | | | 80.00 | 20.00 | 0.00 | 34.50 | | | | | |

**Taxes**

| Type | Taxes | YTD |
|------|------|------|
| Federal W/H | 81.61 | 392.89 |
| FICA | 78.21 | 690.11 |
| Medicare | 18.29 | 161.40 |
| Total | 178.11 | 1,244.40 |

**Deductions**

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|------|------|------|------|------|------|------|
| Fica Taxable: | $1,261.38 | $11,130.77 | Uniform | 40.00 | | 40.00 |
| Federal Taxable: | $1,261.38 | $11,130.77 | Total | 40.00 | 0.00 | 40.00 |

| Check Date | Pay Period | Net Pay | Gross |
|------|------|------|------|
| 06/16/10 | 05/24/10 thru 06/06/10 | $1,043.27 | $1,261.38 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|------|------|------|------|------|------|
| 3555 | Juan G Velez | ███████ | 0 | Married | 1489 |

FOLD ▼

FOLD ▼

| Hours | | | OT | | | | | Earnings   Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| | | | | | | | | Hours/Sal Pd | | | 11,042.66 |
| | | | | | | | | Discrepancy | 32.26 | | 120.37 |
| | | | | | | | | Total | 32.26 | 0.00 | 11,163.03 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | | 392.89 |
| FICA | 2.00 | 692.11 |
| Medicare | 0.47 | 161.87 |
| Total | 2.47 | 1,246.87 |

**Deductions**

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|
| | | | Uniform | | | 40.00 |
| Fica Taxable: | $32.26 | $11,163.03 | Total | 0.00 | 0.00 | 40.00 |
| Federal Taxable: | $32.26 | $11,163.03 | | | | |

| Check Date | Pay Period | Net Pay | Gross | | | |
|---|---|---|---|---|---|---|
| 06/16/10 | 05/24/10 thru 06/06/10 | $29.79 | $32.26 | | | |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | | 0 | Married | 1500 |

REORDER FROM LEADING EDGE PRINTING 800-765-8868

← Fold

Fold →



| Hours WK End | Type | Rate | OT Rate | Reg | OT | Hr Ext | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Earnings   Adp-j (dd) | | | 1 |
| 06/27/10 | Training | 9.25 | | | | 53.25 | Hours/Sal Pd | 1,159.80 | | 13,341.81 |
| 07/04/10 | Holiday | 11.91 | 15.880 | | 13.50 | | Discrepancy | | | 120.37 |
| 07/04/10 | Regular | 7.94 | 11.910 | 40.00 | 6.50 | | Total | 1,159.80 | 0.00 | 13,462.18 |
| 07/04/10 | Training | 9.25 | | | | 6.25 | | | | |
| | Total | | | 40.00 | 20.00 | 0.00 59.50 | | | | |

### Taxes

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 66.37 | 522.57 |
| FICA | 71.91 | 834.66 |
| Medicare | 16.82 | 195.21 |
| Total | 155.10 | 1,552.44 |

### Deductions

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|
| | | | Uniform | | | 40.00 |
| | | | Equipment Damag | | | 60.00 |
| Fica Taxable: | $1,159.80 | $13,462.18 | Total | 0.00 | 0.00 | 100.00 |
| Federal Taxable: | $1,159.80 | $13,462.18 | | | | |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 07/14/10 | 06/21/10 thru 07/04/10 | $1,004.70 | $1,159.80 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ■■■■■ | 0 | Married | 1581 |

REORDER FROM LEADING EDGE PRINTING 800-765-8688

|— Fold

Fold —|

| Hours | | | OT | | | | Earnings | Adp-j (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 07/11/10 | Regular | 7.94 | 11.910 | 40.00 | 24.00 | | | Hours/Sal Pd | 1,378.94 | | 14,720.75 |
| 07/11/10 | Training | 9.25 | | | | | 15.25 | Discrepancy | | | 120.37 |
| 07/18/10 | Regular | 7.94 | 11.910 | 40.00 | 20.00 | | | Total | 1,378.94 | 0.00 | 14,841.12 |
| 07/18/10 | Training | 9.25 | | | | | 8.50 | | | | |
| | Total | | | 80.00 | 44.00 | 0.00 | 23.75 | | | | |

### Taxes

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 99.25 | 621.82 |
| FICA | 85.49 | 920.15 |
| Medicare | 19.99 | 215.20 |
| Total | 204.73 | 1,757.17 |

### Deductions

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|
| | | | Uniform | | | 40.00 |
| | | | Equipment Damag | | | 60.00 |
| Fica Taxable: | $1,378.94 | $14,841.12 | Total | 0.00 | 0.00 | 100.00 |
| Federal Taxable: | $1,378.94 | $14,841.12 | | | | |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 07/28/10 | 07/05/10 thru 07/18/10 | $1,174.21 | $1,378.94 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ██████ | 0 | Married | 1621 |

REORDER FROM LEADING EDGE PRINTING 800-765-8868

|← Fold

Fold →|

| Hours | | | OT | | | | | Earnings | Adp-j | (dd) | | | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | | Taxable | Non Tax | | YTD |
| 08/08/10 | Regular | 7.94 | 11.910 | 40.00 | 44.75 | | | Hours/Sal Pd | | 1,477.84 | | | 17,518.33 |
| 08/15/10 | Regular | 7.94 | 11.910 | 40.00 | 26.00 | | | Discrepancy | | | | | 120.37 |
| | Total | | | 80.00 | 70.75 | 0.00 | 0.00 | Total | | 1,477.84 | 0.00 | | 17,638.70 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 114.08 | 826.27 |
| FICA | 91.63 | 1,093.60 |
| Medicare | 21.43 | 255.77 |
| Total | 227.14 | 2,175.64 |

**Deductions**

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|
| Fica Taxable: | $1,477.84 | $17,638.70 | Uniform | | | 40.00 |
| Federal Taxable: | $1,477.84 | $17,638.70 | Equipment Damag | | | 60.00 |
| | | | Total | 0.00 | 0.00 | 100.00 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 08/25/10 | 08/02/10 thru 08/15/10 | $1,250.70 | $1,477.84 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ▮▮▮▮▮▮ | 0 | Married | 1698 |

REORDER FROM LEADING EDGE PRINTING 800-765-8868

|← Fold

Fold →|

**SERECA CORP.**

| Hours Wk End | Type | Rate | OT Rate | Reg | OT | DT | Xmpt | Earnings Adp-j (dd) Type | Taxable | Non Tax | 1 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/10 | Regular | 7.94 | 11.910 | 40.00 | 31.50 | | | Hours/Sal Pd | 1,361.72 | | 18,880.05 |
| 08/29/10 | Regular | 7.94 | 11.910 | 40.00 | 29.50 | | | Discrepancy | | | 120.37 |
| | Total | | | 80.00 | 61.00 | 0.00 | 0.00 | Total | 1,361.72 | 0.00 | 19,000.42 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 96.66 | 922.93 |
| FICA | 84.43 | 1,178.03 |
| Medicare | 19.74 | 275.51 |
| Total | 200.83 | 2,376.47 |

**Deductions**

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|
| | | | Uniform | | | 40.00 |
| Fica Taxable: | $1,361.72 | $19,000.42 | Equipment Damag | | | 60.00 |
| Federal Taxable: | $1,361.72 | $19,000.42 | Total | 0.00 | 0.00 | 100.00 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 09/08/10 | 08/16/10 thru 08/29/10 | $1,160.89 | $1,361.72 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ███████ | 0 | Married | 1733 |

REORDER FROM LEADING EDGE PRINTING 800-765-8868

| Hours | | | OT | | | | | Earnings   Adp-j (dd) | | | 1 |
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 09/05/10 | Regular | 7.94 | 11.910 | 40.00 | 10.00 | | | Hours/Sal Pd | 982.58 | | 19,862.63 |
| 09/12/10 | Holiday | 11.91 | | 14.00 | | | | Discrepancy | | | 120.37 |
| 09/12/10 | Regular | 7.94 | 11.910 | 26.00 | 14.50 | | | Total | 982.58 | 0.00 | 19,983.00 |
| | Total | | | 80.00 | 24.50 | 0.00 | 0.00 | | | | |

### Taxes

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 39.79 | 962.72 |
| FICA | 60.92 | 1,238.95 |
| Medicare | 14.25 | 289.76 |
| Total | 114.96 | 2,491.43 |

### Deductions

| | Current | YTD | Type | Taxable | Non Tax | YTD |
|---|---|---|---|---|---|---|
| | | | Uniform | | | 40.00 |
| Fica Taxable: | $982.58 | $19,983.00 | Equipment Damag | | | 60.00 |
| Federal Taxable: | $982.58 | $19,983.00 | Total | 0.00 | 0.00 | 100.00 |

| Check Date | Pay Period | Net Pay | Gross |
|---|---|---|---|
| 09/22/10 | 08/30/10 thru 09/12/10 | $867.62 | $982.58 |

| Emp # | Employee Name | Social Sec # | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 3555 | Juan G Velez | ▉▉▉▉▉ | 0 | Married | 1767 |

REORDER FROM LEADING EDGE PRINTING 800-765-8868

← Fold

Fold →