

**SERECA**
**Security Corporation**
LIC: # B - 2100052

May 19, 2009

To Whom It May Concern:

This letter is to notify you of our intent to transfer all of the interest from JMG INSYSTEM INC. (D/B/A) SERECA CORP. to SMI SECURITY MANAGEMENT, INC. effective June 1, 2009.

Our current personnel (Management Team and Security Officers) will also be transferred. They will continue to provide the same high quality products and services on which they have built their reputation and this change will in no way affect you or the manner of conducting business.

I would like to take this opportunity to thank you for the courtesies you have shown us in the past, and hope that you will let SMI SECURITY MANAGEMENT, INC. continue to serve your business in a way that is mutually beneficial to you both.

Should you have any questions, concerns, or need any additional information, please feel free to contact me at (305) 573-7322.

Yours very truly,

*[signature]*

Maria Alejandra Díaz
CEO & President

---

Sereca Security Corporation
2626 NW 97th Avenue
Miami, FL 33172
www.serecacorp.com

Phone: (305) 573-7322
Phone: (877) 737-3221
Fax:   (305) 597-1544
info@serecacorp.com

**EXHIBIT 1**