UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-22487-Civ-Ungaro

_____

JUAN G. VELEZ, *et al.*

    Plaintiff,

v.

SERECA SECURITY CORPORATION,
*et al.*,

    Defendants.
_____

## FINAL JUDGEMENT OF FEES AND COSTS

    Pursuant to 29 U.S.C. § 216(b), 28 U.S.C. § 1920, 28 U.S.C. § 1821, and Rule 7.3, S.D. Fla. L.R., and for good cause showing, it is hereby

    ORDERED AND ADJUDGED that a FINAL FEES AND COSTS JUDGMENT is entered for Plaintiffs Juan G. Velez and Alejandro Gonzalez and against Defendants Sereca Security Corporation and Sereca Corp. in the amount of $22,160.78.

    DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of May, 2012.

                                        */s/ Ursula Ungaro*
                                        URSULA UNGARO
                                        UNITED STATES DISTRICT JUDGE

cc: Counsel of Record