UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 11-22487-CIV-UNGARO/Otazo-Reyes

**Juan G. Velez**, *et al*.,                                        CLASS REPRESENTATION

      Plaintiffs,

vs.

**Sereca Security Corporation**, a Florida profit corporation, and; **Sereca Corp.**, a Florida profit corporation

      Defendants,

vs.

**SMI Security Management, Inc.;**
**Jose Manuel Gonzalez**, **Maria A. Diaz**, **JMG Insystem, Inc.;**
**Elbamed International, Inc**;
**H.R. & Security Consultant, LLC**. a/k/a H.R. & Security Consultant, Corp.;
**Odalis Gonzalez** a/k/a Odalis Borroto;
**REK International Business, Inc.**;
**WSS Whole Security S.A.C**.;
**Santillana de Seguridad**;
**Securital Corp**.;
**ASC Active Security Corporation**;
**Jose Guevara**;
**Henry Pittier International Holdings, LLC**;
**Carlos Lezama**, and;
**Ameritraders, Inc.**,

      Execution Defendants.
_____/

**NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF**

      Plaintiff, Juan G. Velez, individually and on behalf of others similarly situated, hereby provides Notice of Entry of Parties Listed into CM/ECF, pursuant to the Court's "Order on FLSA

Judgment Plaintiffs' Motion for Proceedings Supplementary and to Implead Execution Defendants" [DE.53] and adds the following parties:

    a.    SMI Security Management, Inc.;
    b.    Jose Manuel Gonzalez;
    c.    Maria A. Diaz;
    d.    JMG Insystem, Inc.;
    e.    Elbamed International, Inc.;
    f.    H.R. & Security Consultant, LLC a/k/a H.R. & Security Consultant, Corp.;
    g.    Odalis Gonzalez a/k/a Odalis Borroto;
    h.    REK International Business, Inc.;
    i.    WSS Whole Security S.A.C.;
    j.    Santillana de Seguridad;
    k.    Securital Corp.;
    l.    ASC Active Security Corporation;
    m.    Jose Guevara;
    n.    Henry Pittier International Holdings, LLC;
    o.    Carlos Lezama; and,
    p.    Ameritraders, Inc.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 20, 2014 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served upon Execution Defendants as set forth in the Service List below.

**Anthony F. Sanchez, P.A.**
Counsel for Plaintiffs
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel.:  305-665-9211
Fax:  305-328-4842
E-mail: afs@laborlawfla.com

/s/ Anthony F. Sanchez
    Anthony F. Sanchez
    Florida Bar No. 0789925

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 0789925
E-mail: afs@laborlawfla.com
*Counsel for Plaintiff*
ANTHONY F. SANCHEZ, P.A.
6701 SUNSET DRIVE, SUITE 101
MIAMI, FL 33143
TEL:   305-665-9211
FAX:   305-328-4842
*Via Notice of Electronic Filing*

Cristina B. Rodriguez, Esq.
Florida Bar No.: 639982
E-mail:cristina.rodriguez@squiresanders.com
*Counsel for Execution Defendants and*
*Judgment Debtors*
Squire Sanders (US) LLP
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
*Via First-Class U.S. Mail and E-mail*

3